**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00279-CR**
_____

**JOHN DOUGLAS HART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 17-08-10048-CR**

**MEMORANDUM OPINION**

John Douglas Hart has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

 

 

_____
STEVE McKEITHEN
Chief Justice

Submitted on December 18, 2018
Opinion Delivered December 19, 2018
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.

2